# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00567-CV

---

**Parks at Crestview Deng LLC; RPM Living, LLC; and Nord Group LLC, Appellants**

**v.**

**532 Title Way LLC, Appellee**

---

**FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-26-003952,**
**THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellants, defendants in the court below, filed this accelerated interlocutory appeal from the trial court's June 15, 2026 order granting in part the application for temporary injunction filed by appellee, plaintiff in the court below. Contemporaneous with their appeal, appellants filed an emergency motion to stay enforcement of the mandatory rent-turnover provisions of that temporary injunction. On July 2, 2026, this Court issued an administrative order that stayed the portions of the temporary injunction requiring appellants to turn over tenant payments to appellee, pending our disposition of the emergency motion. This Court further directed appellants to deposit tenant payments into the registry of the trial court and ordered that all other portions of the temporary injunction remain in place.

Appellants have now filed a motion asking this Court to dismiss their appeal and to issue mandate immediately. Appellee has filed a response indicating that they are not opposed

to dismissal and agree that mandate should issue immediately. Accordingly, we lift our administrative order that stayed portions of the temporary injunction; grant appellants' amended motion to dismiss; dismiss as moot appellants' pending emergency motion to stay enforcement of mandatory portions of temporary injunction, appellee's motion to compel appellants' compliance with the temporary injunction, appellee's motion to expedite our consideration of their motion to compel appellants' compliance, appellee's emergency motion to expedite consideration of appellants' motion to dismiss, and appellants' original motion to dismiss the appeal; and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). We direct the Clerk of this Court to issue mandate with the judgment of dismissal. *See* Tex. R. App. P. 18.1(c).

_____

Gisela D. Triana, Justice

Before Justices Triana, Crump, and Ellis

Dismissed on Appellant's Motion

Filed: July 24, 2026